

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2014

No. 04-14-00110-CV

Mary **MOCZYGEMBA,**
Appellant

v.

Thomas J. **MOCZYGEMBA** and Harry Lee Moczygemba,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 12-10-0573-CVW
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

On April 7, 2014, attorney Gerald T. Drought filed an amended motion to substitute counsel. He moved this court to allow attorneys Gerald T. Drought and Mathis B. Bishop of Martin & Drought, P.C. to withdraw, and to allow attorneys Jim Hartnett Jr., Will Ford Hartnett, and Fred Hartnett of The Hartnett Law Firm to represent Appellant Mary Moczygemba in this appeal. The amended motion shows it was sent to Appellant by first class mail and by certified mail, *see* TEX. R. APP. P. 6.5(b), and meets the other motion requirements, *see id.* R. 6.5(d).

The amended motion for substitution is GRANTED. *See id.* The original motion for substitution is MOOT.

We DIRECT the clerk of this court to update this court's records to show Appellant's new attorneys in this appeal, and designate Jim Hartnett Jr. as Appellant's lead counsel.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court